IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:10-CV-2257-IPJ-PWG |
| | ) |
| DOCTOR WHITE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 23, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on March 8, 2010.

The plaintiff objects to the magistrate judge's finding that he has failed to provide sufficient facts to show that he has a serious medical condition and the defendants have been deliberately indifferent to his need for treatment. Even though the plaintiff objects to the findings of the magistrate judge he continues to allege nothing more than conclusions regarding his medical condition. The plaintiff does not state when he became ill, when he requested treatment, for what symptoms, from whom he requested the treatment, or what response he received from that person. The plaintiff claims that he suffers the symptoms of advanced hepatitis, but he does not claim that he has reported those symptoms to any of the defendants, when he requested treatment and what treatment he has received. The plaintiff continues to make vague accusatory statements about the defendants, but does not state specifically what, when and where each defendant violated his constitutional rights.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 21st day of March, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE